```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL KRUPINSKI,

                Plaintiff,                      15 **CIVIL** 982 (RJS)

        -against-                              **JUDGMENT**

LABORERS EASTERN REGION ORGANIZING
FUND,
                Defendant.
------------------------------------------------------------X

Defendant Laborers Eastern Region Organizing Fund ("LEROF") having moved for summary judgment and Plaintiff Daniel Krupinski having filed a cross-motion for partial summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on October 2, 2016, having rendered its Opinion and Order granting Defendant's motion and denying Plaintiff's motion; and directing the Clerk of the Court to enter judgment in favor of Defendant on Plaintiff's FLSA claim, dismiss without prejudice Plaintiff's remaining state law claims, and close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 2, 2016, Defendant's motion is granted and Plaintiff's motion is denied and judgment is entered in favor of Defendant on Plaintiff's FLSA claim, dismiss without prejudice Plaintiff's remaining state law claims; accordingly, the case is closed.

**Dated:** New York, New York
          September 30, 2016

                                                              RUBY J. KRAJICK
                                                              Clerk of Court
                                         BY:
                                                               Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** 10/4/2016